Oparaji v Miracle Motors, Inc. (2022 NY Slip Op 51266(U))

[*1]

Oparaji v Miracle Motors, Inc.

2022 NY Slip Op 51266(U) [77 Misc 3d 135(A)]

Decided on December 2, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 2, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2020-637 Q C

Maurice Oparaji, Appellant,
against
Miracle Motors, Inc., Maurice G. Mitchell and Monique G.
Mitchell, 
 as Administrators of the Estate of Maurice Mitchell, Deceased, Respondents.

Maurice Oparaji, appellant pro se.
Law Offices of Ishelli Oliver, Esq. (Ishelli Oliver of counsel), for respondents.

Appeal from an order of the Civil Court of the City of New York, Queens County
(Maurice E. Muir, J.), entered August 28, 2019. The order, insofar as appealed from,
granted the branch of defendants' motion seeking to dismiss the complaint.

ORDERED that the appeal is dismissed as abandoned.
Plaintiff commenced this action alleging causes of action for, among other things,
fraud, conversion and breach of fiduciary duty. Defendants moved to, among other
things, dismiss the complaint pursuant to CPLR 3211 (a) (7). The Civil Court granted the
branch of the motion seeking to dismiss the complaint.
In his main brief submitted on this appeal, plaintiff failed to raise an issue regarding
so much of the order appealed from as granted the branch of defendants' motion seeking
to dismiss the complaint and, instead, raised issues regarding a previous order compelling
discovery from which plaintiff took no appeal. However, in his reply brief, plaintiff
raised arguments relating to the order from which he appealed.
The appeal is dismissed as abandoned as plaintiff makes no argument in his main
brief with respect to the order appealed from which granted the branch of defendants'
motion pursuant to CPLR 3211 (a) (7) to dismiss the action. Plaintiff's arguments that his
causes of action were sufficiently alleged are not properly before this court, as they were
raised for the first time in the reply brief, and we decline to consider those issues (see Matter of Erdey v City of New
York, 129 AD3d 546 [2015]; U.S. Bank N.A. v Dellarmo, 128 AD3d 680, 681 [2015];
Eighteen Assoc., LLC v Court
St. Pizza, Inc., 66 Misc 3d 148[A], 2020 NY Slip Op 50261[U] [App Term, 2d
Dept, 2d, 11th & 13th Jud Dists 2020]).
Accordingly, the appeal is dismissed as abandoned.
ALIOTTA, P.J., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 2, 2022